NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1366

KYD, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

POLYETHYLENE RETAIL CARRIER BAG COMMITTEE,
HILEX POLY CO., LLC, and SUPERBAG CORPORATION,

Defendants-Appellees.

Appeal from the United States Court of International Trade in case no.
07-00456, Judge Evan J. Wallach.

ON MOTION

Before PROST, Circuit Judge.

## O R D E R

Kyd, Inc. moves for a 49-day extension of time, until October 14, 2009, to file its brief. Kyd states that the United States consents and that Polyethylene Retail Carrier Bag Committee et al. consent only to a two-week extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions will be granted.

FOR THE COURT

AUG 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David J. Craven, Esq.
     Stephen A. Jones, Esq.
     David S. Silverbrand, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 8 2009

JAN HORBALY
CLERK

2009-1366                                    2